UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RIXENE W. HICKS,**<br>**12600 Gable Lane,**<br>**Fort Washington, MD. 20744** | )<br>)<br>)<br>) | |
| **Plaintiff,** | )<br>) | |
| **Vs.** | )<br>) | **C.A. No. _____** |
| **LORI J. BLEDSOE,**<br>**1200 K. St. NW**<br>**Suite 1080,**<br>**Washington, DC 20065** | )<br>)<br>)<br>)<br>) | **(D.C. Super. Civ. Act. No. 6853 - 07)** |
| **Defendant.** | )<br>) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Lori J. Bledsoe, respectfully notifies the Court as follows:

1.      Lori J. Bledsoe, an employee of the Pension Benefit Guaranty Corporation (PBGC) of the United States Government, has been named as a defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, **Rixene Hicks v. Lori Bledsoe, Civ. Act. No. 6853 - 07.**

2.      A complaint was filed on or around October 11, 2007, in the Superior Court of the District of Columbia, Civil Division.  A copy of the Complaint is attached hereto as Exhibit 1.

3.      This notice of removal is brought pursuant to 28 U.S.C. § 1441, 1442(a)(1), 1446, and 28 U.S.C. § 2679(d)(2). The plaintiff's action against Lori J. Bledsoe, an employee of the United States of America, is one in which the district court has exclusive jurisdiction under 28 U.S.C. § 1346(b)(1).  The plaintiff, Rixene Hicks, is claiming that while at work, on or about June 6, 2007, the defendant, Lori Bledsoe, threatened and held plaintiff hostage in Ms. Bledsoe's

office. As a result, plaintiff requests a TRO against Ms. Bledsoe. The defendant was employed by the United States Government, and acting within the scope of her employment on or about June 6, 2007, when the acts and events that are the subject matter of this action occurred.

4.     Pursuant to 28 U.S.C. § 2679(d)(2), the United States now should be substituted as the sole defendant in this action. See Attached certification by Rudolph Contreras.

**WHEREFORE**, this action now pending in the Superior Court of the District of Columbia, Civil Division, is properly removed to this Court pursuant to 28 U.S.C. §§1441, 1442(a)(1) and 1446.

Respectfully submitted,

JEFFREY A. TAYLOR,
D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS,
D.C. Bar # 434122
Assistant United States Attorney

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., NW, Room 10-818
Washington, D.C.  20530
(202) 305-1334

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Rixene Hicks
12600 GABLE LANE
Fort WAshington, MD 20744 Plaintiff.

RECEIVED
Civil Clerk's Office

OCT 11 2007

Superior Court of the
District of Columbia
Washington, DC.

vs.

CIVIL ACTION No. _____

0006853-07

Lori J. Bledsoe
200 K St. NW
Suite 1080
WAshington, DC 20005

*Defendants*

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

Lori Bledsoe attacked me on the job on June 6, 2007 without any provocation. I had no warning as I was ambushed, threatened and held hostage in Lori Bledsoe office. I notified the agency superiors the next day of the attack and thought they would take care of the matter, but they have not. Lori Bledsoe still works at the agency and I have reason to believe she will become aggressive and dangerous towards me again as my agency has not taken action to protect me. She knows where I live, and the agency, PBGC just issued a report advising they have chosen to believe, it never took place, inspite of the injuries, supporting documents. They're stating no credible witnesses,

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $ _____ with interest and costs.**

Phone: (202) 326-4000 x 4778

**DISTRICT OF COLUMBIA, SS**

Rixene Hicks _____ **, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.**

(Plaintiff                                                    Agent)

**Subscribed and sworn to before me this _____ 11 _____ day of _____ 20 07.**

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

# Superior Court of the District of Columbia

## CIVIL DIVISION

Rixene Hicks

**Plaintiff**

vs.

Lori J. Bledsoe

**Defendant**

RECEIVED
Civil Clerk's Office No.

OCT 11 2007

Superior Court of the
District of Columbia
Washington, D.C.

**0006853-07**

## MOTION -

MOTION OF: Rixene Hicks for P I

(State briefly what you want the Court to do) To provide maximum
protection allowed by the law. Keeping Lori J. Bledsoe
away from me, maximum distance.

Printed name: Rixene Hicks

Signature: Rixene Hicks

Address: 12600 Gable Lane
Fort Washington, MD 20744

Home phone no. 30 292 4876

Business phone no. 202 326 4000 x4778

## CERTIFICATE OF SERVICE

On October 11 ___ 20 07, I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Lori J. Bledsoe | Name: |
|---|---|
| Address: 1200 K St. NW Suite 1080, Washington DC 20005 | Address: |

Rixene Hicks
**Signature**

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

I have been mentally and physically harmed.
I see my doctors & programs for treatment.

Rixene Hicks
**Signature**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RIXENE W. HICKS,** | ) | |
| **12600 Gable Lane,** | ) | |
| **Fort Washington, MD. 20744** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **C.A. No. _____** |
| | ) | |
| **LORI J. BLEDSOE,** | ) | **(D.C. Super. Civ. Act. No. 6853 - 07)** |
| **1200 K. St. NW** | ) | |
| **Suite 1080,** | ) | |
| **Washington, DC 20065** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.3 and first redelegated to me on March 20, 2006, hereby certify that I have read the Complaint in this action. On the basis of the information now available with respect to the incidents alleged therein, I find that the individually-sued defendant, Lori J. Bledsoe, was acting within the scope of her authority as an employee of the United States at the time of such alleged incidents.

Dated: __10/31/07__

_____

**RUDOLPH CONTRERAS,**
**D.C. BAR #434122**
**Assistant United States Attorney**
**Chief, Civil Division**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of October, 2007, I caused service of the following: Notice of Filing of Notice of Removal, Notice of Removal and attachments, to be made on *pro se* plaintiff, by first class mail postage prepaid and addressed to:

> Rixene W. Hicks,
> 12600 Gable Lane,
> Fort Washington, MD 20744

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. civil Division
Washington, D.C. 20530
(202) 305-1334

## CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Rixene Hicks | ~~[illegible struck-out text]~~ Lari J. Bledsoe |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Rixene Hicks, Pro Se

Case: 1:07-cv-01959
Assigned To : Kennedy, Henry H.
Assign. Date : 10/31/2007
Description: TRO/PI

---

**II BASIS OF JURISDICTION**
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
( FOR DIVERSITY CASES ONLY!)

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ○ C. Administrative Agency Review | ◉ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

---

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G. Habeas Corpus/2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor Mgmt. Relations<br>☐ 730 Labor Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding    ◉ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

TRO against federal employee. Removed pursuant to 28 USC 1441, 1442, 1446, and 2679

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Select YES only if demanded in complaint
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S)** (See instruction) **IF ANY**    ☐ YES    ☒ NO    If yes, please complete related case form.

DATE 10/31/07    SIGNATURE OF ATTORNEY OF RECORD    NOT SIGNED

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED
OCT 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT