UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,**<br>**12600 Gable Lane**<br>**Fort Washington, MD 20744**<br><br>         **Plaintiff,**<br>    v.<br><br>**LORI J. BLEDSOE,**<br>**1200 K St., NW**<br>**Suite 1080**<br>**Washington, D.C.  20420**<br><br>         **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 07-1959 (HHK)**<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Rixene W. Hicks**, by U.S. postage addressed as follows:

**Rixene W. Hicks**
12600 Gable lane
Fort Washington, MD 20744

 

                                                  /s/
                                       HEATHER GRAHAM-OLIVER
                                       Assistant United States Attorney
                                       Civil Division
                                       555 Fourth Street, N.W.
                                       Washington, D.C.  20530
                                       (202) 305-1334