UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIXENE W. HICKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     Vs. | )   Civ. Act. No. 07-1959 (HHK) |
| | ) |
| LORI J. BLEDSOE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

### MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS THE SOLE DEFENDANT

Defendant[1] hereby moves pursuant to Fed. R. Civ. P. 16 and 25 to amend the case caption in the aforementioned civil action to reflect the United States of America as the exclusive defendant in the case.

Plaintiff commenced this action against Lori J. Bledsoe, an employee of the Pension Benefit Guaranty Corporation (PBGC), an agency of the United States Government. Plaintiff alleges in her Complaint that the defendant "ambushed, threatened and held her hostage" in Ms. Bledsoe's office. Plaintiff is also alleging personal injury. See Complaint. On October 31, 2008, a certification was filed, in this Court, pursuant to 28 U.S.C. § 2679, certifying that Ms. Lori J. Bledsoe was acting within the scope of her authority as an employee of the United States at the time of the events alleged in the Complaint. See attached.

Upon such a certification, the action "shall be deemed to be an action or proceeding brought against the Untied States under the provision of [Title 28 of the United States Code] and all references thereto, and the United States shall be substituted as the party defendant."

---

[1] Although the caption in this action identifies the defendant as Lori J. Bledsoe, the United States is the sole defendhant, pursuant to 28 U.S.C. § 2679(d).

28 U.S.C. § 2679 (d)(2).

In light of the foregoing, defendant requests that the Court amend the case caption in the above civil action to reflect the United States as the sole party in interest as defendant in this case.

                                              Respectfully submitted,

                                                     /s/
                                          _____
                                          JEFFREY A. TAYLOR,
                                          D.C. Bar #498610
                                          United States Attorney

                                                     /s/
                                          _____
                                          RUDOLPH CONTRERAS,
                                          D.C. Bar # 434122
                                          Assistant United States Attorney

                                                     /s/
                                          _____
                                          HEATHER D. GRAHAM-OLIVER
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th St., NW, Room 10-818
                                          Washington, D.C.  20530
                                          (202) 305-1334

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of March, 2008, I caused service of the foregoing Motion to Substitute the United States to be made on the plaintiff, *pro se* by first class mail postage prepaid and addressed to:

        Ms. Rixene W. Hicks,
        12600 Gable Lane,
        Fort Washington, MD 20744

        /s/
        _____
        HEATHER D. GRAHAM-OLIVER
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W. civil Division
        Washington, D.C.  20530
        (202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** )<br>   )<br>     **Plaintiff,** )<br>   )<br>     Vs. )<br>   )<br>**LORI J. BLEDSOE,** )<br>   )<br>     **Defendant.** )<br>_____) | Civ. Act. No. 07-1959 (HHK) |

## **ORDER**

_____UPON CONSIDERATION of the defendant's Motion To Substitute the United States as the sole Defendant, and the grounds stated therefor, it is on this _____ day of _____, 2008:

ORDERED that the said motion is granted; and it is

FURTHER ORDERED that the caption in the above civil action is amended to reflect the United States of America as the sole defendant in this action.

_____
UNITED STATES DISTRICT JUDGE

Copies to: