**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


RIXENE W. HICKS,                          )
                                          )
            Plaintiff,                    )
                                          )
        Vs.                               )        Civ. Act. No.  07-1959 (HHK)
                                          )
LORI J. BLEDSOE,                          )
                                          )
            Defendant.                    )
_____   )


**DEFENDANTS' NOTICE OF FILING ATTACHMENTAS REFERENCED IN ITS**
**MOTION TO SUBSTITUTE THE UNITED STATES AS SOLE DEFENDANT**

_____Now comes Defendant and hereby files the Certification that was referenced as an

attachment in its Motion to Substitute the United States.  Defendant inadvertently failed to file

the certification at the same time as its Motion.



                    Respectfully submitted,



                    _____/s/_____
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney



                    _____/s/_____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

                              /s/
_____

HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RIXENE W. HICKS, | ) | |
| 12600 Gable Lane, | ) | |
| Fort Washington, MD. 20744 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | C.A. No. _____ |
| | ) | |
| LORI J. BLEDSOE, | ) | (D.C. Super. Civ. Act. No. 6853 - 07) |
| 1200 K. St. NW | ) | |
| Suite 1080, | ) | |
| Washington, DC 20065 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.3 and first redelegated to me on March 20, 2006, hereby certify that I have read the Complaint in this action. On the basis of the information now available with respect to the incidents alleged therein, I find that the individually-sued defendant, Lori J. Bledsoe, was acting within the scope of her authority as an employee of the United States at the time of such alleged incidents.

Dated: 10/31/07

_____
RUDOLPH CONTRERAS,
D.C. BAR #434122
Assistant United States Attorney
Chief, Civil Division