UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) Civ. Act. No. 07-1959 (HHK) |
| | ) |
| **LORI J. BLEDSOE,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### LINE OF ENTRY OF APPEARANCE

Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C. hereby enters their appearance on behalf of the Plaintiff, in the captioned matters.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esquire
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD   20772
(301) 599-7620
(301) 599-7623 (fax)
Bar #MD14639