IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE HICKS** | : |
| Plaintiffs, | : Case No.: 07-1959-HHK |
| v. | : |
| **LORI BLEDSOE,** | : |
| Defendant. | : |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE EXTEND TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW PLAINTIFF, Rixene Hicks, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Consent Motion for Leave to Extend the Time Within Which to File Plaintiff's Opposition to Defendant's Motion to Dismiss. For cause and based on the authority cited below, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. On June 11, 2008, Defendant filed its Motion to Dismiss, or in the Alternative, for Summary Judgment.

3. Plaintiffs' Counsel's was in trial today and has another trial for which he must prepare.

4. Plaintiff's Counsel respectfully requests that this Court extend the time within which to file Plaintiff's Opposition to Defendant's Motion to Dismiss until Monday, June 30, 2008.

5.  Defendant consented to this Motion and will not be prejudiced by the granting of this motion.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this court GRANT this Consent Motion for Leave to Extend the Time Within Which to File Plaintiff's Opposition to Defendant's Motion to Dismiss.

                                     Respectfully submitted,

                                     _____/s/_____
                                     Jimmy A. Bell, Esq.
                                     The Law Office of Jimmy A. Bell, P.C.
                                     9610 Marlboro Pike
                                     Upper Marlboro, MD 20772
                                     (301) 599-7620 (Tel)
                                     (301) 599-7623 (Fax)
                                     MD Bar No. 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE HICKS** | : |
| Plaintiffs, | : Case No.: 07-1959-HHK |
| v. | : |
| **LORI BLEDSOE,** | : |
| Defendant. | : |

# ORDER

Upon consideration of Plaintiffs' Consent Motion for Leave to Extend Time Within Which to File Plaintiff's Opposition to Defendant's Motion to Dismiss and in the interest of justice, it is, this _____ day of June, 2008, hereby

**ORDERED** that Plaintiffs' Motion is hereby **GRANTED**.

_____
United States District Court Judge