UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) Civ. Act. No. 07-1959 (HHK) |
| | ) |
| **LORI J. BLEDSOE,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO LATE FILE PLAINTIFF'S OPPOSTIONS TO DEFENDANT'S MOTIONS TO DISMISS AND FOR SUMMARY JUDGEMENT

COMES NOW PLAINTIFF by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., and hereby respectfully submits this Unopposed Motion for Leave to Late File Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment. For cause and based on the authority cited below, Plaintiff states as follows:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment is due today, June 30, 2008. Plaintiff's counsel was editing the final draft of Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment this evening June 30, 2008, when his computer shut

1

down and would not start up. Plaintiff counsel has been told that his computer has a virus and that document as well as others have been corrupted and are irretrievable.

3. Plaintiffs' Counsel has to redraft the Oppositions from scratch without help from support staff.

4. Plaintiff's Counsel respectfully requests that this Court extend the time within which to file Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment to Tuesday July 1, 2008.

5. Defendant will not be prejudiced by the granting of this motion as the document was not due until after business hours on Monday June 30, 2008 and it is being filed on Tuesday July 1, 2008.

6. Plaintiff contacted Defendant's Counsel on July 7, 2008 and Defendant's Counsel **does not oppose** this motion.

WHEREFORE, for the reason of all of the foregoing, Plaintiff respectfully prays this court GRANT this Unopposed Motion for Leave to Late File Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment.

Respectfully submitted,
_____/s/_____
Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C. 9610
Marlboro Pike Upper Marlboro, MD 20772
(301) 599-7620 (Tel) (301) 599-7623 (Fax)
Bar No. 14639

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| Vs. | ) Civ. Act. No. 07-1959 (HHK) |
| | ) |
| **LORI J. BLEDSOE,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Late File Plaintiff's Oppositions to Defendant's Motions to Dismiss and for Summary Judgment, any opposition thereto, and in the interest of justice, it is, this _____ day of July, 2008, hereby **ORDERED** that Plaintiffs' Motion is hereby **GRANTED**.

_____
United States District Court Judge