UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | Civ. Act. No. 07-1959 (HHK) |
| ) | |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY**

  Defendant, by and through her attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until, Tuesday, August 6, 2008, to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.  The Reply is currently due on July 21, 2008.  Pursuant to Local Rule 7(m), undersigned counsel has contacted Plaintiff's counsel to ascertain his position on this motion.  Plaintiff's counsel has not responded as of the close of business, July 21, 2008.

  In support of this motion, the Defendant states as follows:

  This additional time is being requested because: (1) the parties are in the preliminary stages of discussing settlement of the instant case and (2) undersigned counsel's litigation schedule, which includes conferring with opposing counsel and preparing 16.3 statements in Brunotte v. GSA, Civ. Act. No. 08-0587 (HHK) and Gallahan v. Winter, Civ. Act. No. 08-0544 (RMC) to be filed on July 21, 2008; mediation in Keller v. Embassy of the United States of America, et al., Civ. Act. No. 06-0816 (RMC) on July 21, 2008; oral argument in Moses v. Dodaro, Civ. Act. No. 06-1712 (EGS)(DAR) on July 22, 2008; Reply due on July 23, 2008 in

Esquibel v. Cino, Civ. Act. No. 06-1485 (PLF). In addition, Counsel will be out of the office on leave from July 28, 2008 until August 4, 2008. As a result, Counsel is requesting this additional time until August 6, 2008 to file the Reply in the instant action.

        Respectfully submitted,

        /s/
        _____
        JEFFREY A. TAYLOR, ESQ.
        D.C. Bar # 498610
        United States Attorney

        /s/

        _____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        _____
        HEATHER D. GRAHAM-OLIVER
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, NW
        Washington, DC 20530
        Tel: (202) 305-1334