UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | Civ. Act. No. 07-1959 (HHK) |
| ) | |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY AND FOR STAY OF PROCEEDINGS

Defendant, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and for a stay of the proceedings pending mediation. The Reply is currently due on August 6, 2008. Pursuant to Local Rule 7(m), undersigned counsel has contacted Plaintiff's counsel to ascertain his position on this motion. Plaintiff's counsel has consented to the filing of this motion

In support of this motion, the Defendant states as follows:

This additional time is being requested because the parties are in the preliminary stages of discussing settlement of the instant case and have agreed to mediation before Judge Kay on September 15, 2008 at 2:30 p.m. Judge Kay is aware of the date and time of the mediation; however, it has not been entered on the PACER docket. As a result, both Counsel is requesting that the case be submitted to mediation and all proceedings stayed pending mediation. If the mediation is unsuccessful, Defendant is requesting that the due date to file its Reply be extended until 10 days after the conclusion of the mediation process.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, ESQ.
D.C. Bar # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
 Tel: (202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIXENE W. HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   Civ. Act. No.  07-1959 (HHK) |
| | ) |
| LORI J. BLEDSOE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

_____UPON CONSIDERATION of the Defendant's Consent Motion for Additional Time to File Reply and to Stay Proceedings, and the grounds stated therefor, it is on this _____ day of _____, 2008:

ORDERED that the said motion is granted; and it is

FURTHER ORDERED that the case be sent to mediation and that if mediation is unsuccessful, Defendant shall be allowed to file its Reply within ten (10) days after the conclusion of mediation.

_____
UNITED STATES DISTRICT JUDGE