UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIXENE W. HICKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | Civ. Act. No. 07-1959 (HHK) |
| ) | |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

### JOINT MOTION TO REFER THE CASE TO MEDIATION

The parties hereby request that the aforementioned matter be referred to mediation before Magistrate Judge Kay. On August 7, 2008, this Court stayed the action pending referral to mediation. The parties scheduled a mediation date with Magistrate Judge Kay. However, that date was cancelled because an order was never entered by the Court to send the matter to mediation. Accordingly, the parties now request that the matter be referred to mediation.

Respectfully submitted,

/s/                                                                                           /s/
_____                                      _____
JIMMY A. BELL, ESQ.                                                  JEFFREY A. TAYLOR, ESQ.
9610 Marlboro Pike                                                       D.C. Bar # 498610
Upper Marlboro, MD 20772                                         United States Attorney
(301) 599-7620
Fax: (301) 599-7623

                                                                                            /s/

                                                                                            _____
                                                                                            RUDOLPH CONTRERAS,

                        D.C. BAR # 434122  
                        Assistant United States Attorney

                        /s/

_____  
HEATHER D. GRAHAM-OLIVER  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, NW  
Washington, DC 20530  
 Tel: (202) 305-1334