UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIXENE W. HICKS,<br><br>               Plaintiff,<br><br>    v.<br><br>LORI J. BLEDSOE,<br><br>               Defendant. | Civil Action 07-01959  (HHK)(AK) |

### ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION

With the consent of the parties, it is by the court this 27th day of August 2008,

**ORDERED** that the above-captioned case be referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings to conclude by no later than October 15, 2008.  The parties are to jointly contact Magistrate Judge Kay in order to schedule the proceedings; and counsel and the parties, including persons with settlement authority, are to attend the mediation sessions.  If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Kay, "AK," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge